### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR155** |
| vs. ) | |
| ) | **ORDER CONTINUING TRIAL** |
| **RAYMOND STRICKLAND,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's motion to continue trial (#19). For good cause shown, and upon consultation with Magistrate Judge Thalken, I find that the motion should be granted.

**IT IS ORDERED** that defendant's Motion to Continue Trial (#19) is granted, as follows:

1. The trial of this case is continued to **Tuesday, August 23, 2005** before Judge Laurie Smith Camp and a jury as to all defendants.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 21, 2005 and August 23, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion for continuance. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Defendant shall file a speedy trial waiver in accordance with NECrimR 12.1 as soon as is practicable.

**DATED June 14, 2005.**

          **BY THE COURT:**

          **s/ F.A. Gossett**
          **United States Magistrate Judge**